NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VEHICLE INTERFACE TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

**v.**

**JAGUAR LAND ROVER NORTH AMERICA LLC,**
*Defendant-Appellee*

---

2015-1834, 2015-1835

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:12-cv-01285-RGA, 1:14-cv-00339-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

ROBERT E. FREITAS, Freitas Angell & Weinberg LLP, Redwood City, CA, argued for plaintiff-appellant. Also represented by DANIEL J. WEINBERG.

MATTHEW J. MOORE, Latham & Watkins LLP, Washington, DC, argued for defendant-appellee. Also represented by GABRIEL BELL, JAMES BENDER, ADAM MICHAEL GREENFIELD; CLEMENT J. NAPLES, New York, NY; LISA K. NGUYEN, Menlo Park, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (TARANTO, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 9, 2016 | /s/  Peter  R.  Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |